**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
300 QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601

**PAUL E. DAVISON**
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO LITIGANTS**

Judge Davison is retiring from the bench on or about May 19, 2023. After that date, if you require the attention of a Magistrate Judge before receiving notice that a new Magistrate Judge has been assigned to this case, you may contact Fiona Ciappetta at (914) 390-4009, Fiona_Ciappetta@nysd.uscourts.gov. Ms. Ciappetta will bring your request to the attention of a Magistrate Judge in White Plains.