UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
**JOHN DOE,**              :
                           :   Civil Action No: 7:22-cv-05905
                           :
    **Plaintiff,**         :
                           :
                           :
    -against-              :
                           :
                           :
**SARAH LAWRENCE COLLEGE,** :
                           :
                           :
    **Defendant.**         :
------------------------------------------------------------- X

## JOINT STATUS REPORT

  The parties have exchanged written discovery demands and responses, and with limited exception described below, written discovery has been completed for several months.

  Since the last status conference, Plaintiff has been diligently seeking to obtain medical and employment records pertaining to Plaintiff's alleged damages. Plaintiff has contacted the relevant providers and anticipates producing these records on or before August 4. Once Plaintiff obtains and produces these medical and employment records, the parties will be ready to schedule depositions.

  In light of the delay in procuring the necessary medical and employment records from non-party medical providers and employers, the parties have been unable to comply with the current scheduling order, and respectfully request that they be permitted to submit for the Court's review a proposed revised scheduling order for the completion of discovery after these necessary records are received and produced by Plaintiff's counsel.

Dated: July 17, 2023

          **NESENOFF & MILTENBERG, LLP**
          *Attorneys for Plaintiff*

          **By:     /s/**
          **Andrew T. Miltenberg, Esq.**
          **Stuart Bernstein, Esq.**
          **Kristen Mohr, Esq.**
          **363 Seventh Avenue, Fifth Floor**
          **New York, New York 10001**
          **(212) 736-4500**
          amiltenberg@nmllplaw.com
          sbernstein@nmllplaw.com
          kmohr@nmllplaw.com

          **WARD GREENBERG HELLER & REIDY LLP**
          *Attorneys for Defendant*

          **By:     /s/**
          **Joshua M. Agins, Esq.**
          **Christine M. Naassana, Esq.**
          **1800 Bausch & Lomb Place**
          **Rochester, New York 14604**
          **(585) 454-0700**
          jagins@wardgreenberg.com
          cnaassana@wardgreenberg.com