UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

John Doe,

                             Plaintiffs,

                -against-

Sarah Lawrence College,

                            Defendant.

------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: ___ 7/19/2023

7:22-cv-05905-NSR-VR

**ORDER RE STAUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for August 9, 2023 at 12 PM.

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference.

       **SO ORDERED.**

DATED:      White Plains, New York
            July 19, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge