UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

               Plaintiff,

    vs.

SARAH LAWRENCE COLLEGE,

               Defendant.

**STIPULATION OF
ADJOURNMENT**

Case No. 7:22-cv-05905-NSR

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties that:

1. Pursuant to this Court's July 26, 2023 Order (ECF No. 29), the Status Conference scheduled for September 21, 2023 shall be hereby adjourned to accommodate the parties' revised scheduling order.

2. A facsimile or electronically transmitted copy of this Stipulation shall be deemed an original and may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
     September 19, 2023

**NESENOFF & MILTENBERG, LLP**
*Attorneys for Plaintiff*



By: */s/ Andrew T. Miltenberg*
**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Kristen Mohr, Esq.**
**363 Seventh Avenue, 5th Floor**
**New York, New York 10001**
**(212) 736-4500**
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
kmohr@nmllplaw.com

**HARFENIST KRAUT & PERLSTEIN LLP**
*Attorneys for Defendants*



By: */s/ Joshua M. Agins*
**Joshua M. Agins, Esq.**
**Christine M. Naassana, Esq.**
**1800 Bausch & Lomb Place**
**Rochester, New York 14604**
**(585) 454-0700**
jagins@wardgreenberg.com
cnaassana@wardgreenberg.com