# MEMO ENDORSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- -------------------------------------------------------------- X

**JOHN DOE,**

                                      **Civil Action No: 7:22-cv-05905-NSR-VR**

          **Plaintiff,**

        **-against-**

**SARAH LAWRENCE COLLEGE,**

          **Defendant.**

- -------------------------------------------------------------- X

## JOINT STATUS REPORT

In accordance with the Court's October 31, 2023 Order (ECF No. 37), the parties respectfully submit this joint status report to update the Court on the following issues:

A.    <u>Rule 33 and 34 Requests</u>

The parties timely served initial document requests and interrogatories, and each party served written responses and objections.

B.    <u>Status of Discovery</u>

As described above, the parties have exchanged and responded to document requests and interrogatories. In order to accommodate ongoing potential resolution discussions, the parties have not yet scheduled any depositions, but expect to do so in the event there is no meaningful progress on a resolution in the next month. To that end, the parties request that this Court extend the deposition deadline to February 5, 2024, which is also the current fact discovery deadline. The parties do not expect that this modification to the schedule will necessitate changes to any other deadlines.

\*      \*      \*

The parties thank the Court for its attention to this matter.

Dated: December 8, 2023

**NESENOFF & MILTENBERG, LLP**
*Attorneys for Plaintiff*

**By:    _/s/ Andrew Miltenberg_**
**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Kristen Mohr, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
kmohr@nmllplaw.com

**WARD GREENBERG HELLER & REIDY LLP**
*Attorneys for Defendant Sarah Lawrence College*

**By:    _/s/ Joshua M. Agins_**

**Joshua M. Agins, Esq.**
**Christine M. Naassana, Esq.**
**1800 Bausch & Lomb Place**
**Rochester, New York 14604**
**(585) 454-0700**
jagins@wardgreenberg.com
cnaassana@wardgreenberg.com

The parties request that the Court extend the deadline to complete fact depositions until February 5, 2024.  (ECF No. 39).  Upon due consideration, it is hereby **ORDERED** that the parties' request is **GRANTED**.

The parties are directed to submit another joint status letter, by no later than **January 26, 2024**, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

APPLICATION GRANTED

**Dated:** December 11, 2023      Hon. Victoria Reznik, U.S.M.J.

2