UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Doe.,

                      Plaintiffs,

      -against-

Sarah Lawrence College,

                      Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:22-cv-05905-NSR-VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for February 29, 2024 at 10:30 AM.  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
              January 26, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge