UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

John Doe,

                         Plaintiff,

          -against-

Sarah Lawrence College,

                        Defendant.
-----------------------------------------------------------------X

7:22-CV-5905-NSR-VR

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      On May 1, 2024, the Court directed the parties to submit a joint status letter, by no later than May 31, 2024. (*See* ECF No. 48). The parties are reminded to submit their joint status letter, which is now due by **June 7, 2024**.

      **SO ORDERED.**

DATED:    White Plains, New York
                June 3, 2024

                                                                         _____
                                                                         VICTORIA REZNIK
                                                                         United States Magistrate Judge