**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- ---------------------------------------------------------------- X
**JOHN DOE,**

                                                                   Civil Action No: 7:22-cv-05905-NSR-VR

       **Plaintiff,**

       -against-

**SARAH LAWRENCE COLLEGE,**

       **Defendant.**
- ---------------------------------------------------------------- X

## JOINT STATUS REPORT

In accordance with the Court's June 3, 2024 Order (ECF No. 50), the parties respectfully submit this joint status report to update the Court on the following issues:

    A.    <u>Rule 33 and 34 Requests</u>

The parties timely served initial document requests and interrogatories, and each party served written responses and objections.

    B.    <u>Status of Discovery</u>

As described above, the parties have exchanged and responded to document requests and interrogatories. In order to accommodate ongoing potential resolution discussions and avoid further litigation costs in light of a potential resolution, the parties have not yet scheduled depositions. The parties have reached an agreement in principle that would resolve all claims in this matter, and are currently working to draft and execute a formal agreement. The parties request an additional 30 days to file an updated joint status report.

The parties thank the Court for its attention to this matter.

Dated: June 6, 2024

**NESENOFF & MILTENBERG, LLP**

By: __/s/_____
Andrew T. Miltenberg, Esq.
Stuart Bernstein, Esq.
Kristen Mohr, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
kmohr@nmllplaw.com

*Attorneys for Plaintiff*

**HODGSON ROSS**

Joshua M. Agins, Esq.
1800 Bausch & Lomb Place
Rochester, New York 14604
(585) 454-0700
JAgins@hodgsonruss.com

*Attorneys for Defendant Sarah Lawrence College*

The Court thanks the parties for their joint status letter. The parties are directed to submit another joint letter, by no later than **July 12, 2024**, providing the Court with an update on the status of settlement.

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

**Dated:** June 7, 2024