UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

JOHN DOE,

Civil Action No: 7:22-cv-05905-NSR-VR

Plaintiff,

-against-

SARAH LAWRENCE COLLEGE,

Defendant.

----------------------------------------------------------------- X

### JOINT STATUS REPORT

In accordance with the Court's June 7, 2024 Order (ECF No. 52), the parties respectfully submit this joint status report to update the Court on the following issues:

A.      Rule 33 and 34 Requests

The parties timely served initial document requests and interrogatories, and each party served written responses and objections.

B.      Status of Discovery

As described above, the parties have exchanged and responded to document requests and interrogatories. In order to accommodate ongoing potential resolution discussions and avoid further litigation costs in light of a potential resolution, the parties have not yet scheduled depositions. The parties are currently working to draft and execute a formal agreement that will, when finalized, resolve the matter. The parties request an additional 30 days to file an updated joint status report.

The parties thank the Court for its attention to this matter.

Dated: July 12, 2024

**NESENOFF & MILTENBERG, LLP**


**By: ___/s/_____**
**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Kristen Mohr, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**
**kmohr@nmllplaw.com**

*Attorneys for Plaintiff*


**HODGSON RUSS**
**By: ___/s/_____**
**Joshua M. Agins, Esq.**
**1800 Bausch & Lomb Place**
**Rochester, New York 14604**
**(585) 454-0700**
JAgins@hodgsonruss.com

*Attorneys for Defendant Sarah Lawrence College*