UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                    Plaintiff,

      vs.

SARAH LAWRENCE COLLEGE,

                    Defendant.

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

Case No. 7:22-cv-05905

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their counsel, hereby stipulate that all claims and causes of action brought by the plaintiff against the defendant are dismissed, on the merits, with prejudice, and without costs or attorneys' fees to any party.

Dated: August 16, 2024

NESENOFF & MILTENBERG LLP

By: _____
      Stuart Bernstein

363 Seventh Avenue, 5th Floor
New York, New York 10001
(212) 736-4500
sbernstein@nmllplaw.com
*Attorneys for Plaintiff*

Dated: August 16, 2024

HODGSON RUSS LLP

By: s/
      Joshua M. Agins

1800 Bausch & Lomb Place
Rochester, New York 14604
(585) 454-0700
jagins@hodgsonruss.com
*Attorneys for Defendant*